IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN LEE LEBOON | : | CIVIL ACTION |
| CASSANDRA APRIL LEBOON | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD G. SCHMIDT, MD, | : | NO. 13-1319 |
| LAWRENCE M. SILVERMAN, JOEL | : | |
| FISHBEIN and LITCHFIELD CAVO, LLP | : | |

**O R D E R**

AND NOW, this 3rd day of April, 2013, upon consideration of pro se plaintiffs' motion to proceed in forma pauperis and their pro se Complaint, for the reasons stated in the attached Memorandum dated April 3, 2013, **IT IS ORDERED** as follows:

1.      *Pro se* plaintiffs Steven Lee LeBoon and Cassandra April LeBoon are **GRANTED** leave to proceed in forma pauperis;

2.      That part of the Complaint in which claims are asserted on behalf of CS LeBoon, LLC, is **DISMISSED WITHOUT PREJUDICE**;

3.      The remainder of Complaint in which Steven Lee LeBoon and Cassandra April LeBoon assert claims is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e);

4.      *Pro se* plaintiffs' Motion to Allow Electronic Case Filing (ECF) is **DENIED AS MOOT**; and,

5.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

_____
DuBOIS, JAN E., J.